# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

The Annuity, Pension, Welfare and Apprenticeship
Skill Improvement & Safety Funds of the
International Union of Operating Engineers Local
137, 137A, 137B, 137C & 137R et al.

V.

Bonavenia Construction Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV. 3697**

**BRIEANT**

TO: (Name and address of defendant)

Bonavenia Construction Corp.
20 Old Pawling Road
Pawling, New York 125464

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK    CLERK

(BY) DEPUTY CLERK

MAY 10 2007
DATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | INDEX/CASE #: 07-CIV. 3697<br>Date Filed: _____<br>Court Date: _____ |

*The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safey Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R, et. al.,*

Plaintiff(s)/Petitioner(s)

vs

*Bonavenia Construction Corp.,*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:

__Gabriel Fernandez, Jr.__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __June 1, 2007__ at __4:38 PM__, at __20 Old Pawling Road, Pawling, NY 12564__, deponent served the within __Summons in a Civil Case and Complaint__ on: __Bonavenia Construction Corp.__, __Defendant__ therein named.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 ENTITY/AGENT** [X] By delivering thereat a true copy of each to __Lauren Bonavenia__ personally, deponent knew the person so served to be the __Managing Agent__ thereof, and said person was authorized to accept service on behalf thereof.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house / usual place of abode / last-known residence.

**#4 AFFIXING TO DOOR** By affixing a true copy thereof to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house / usual place of abode/last-known residence. Due diligence/previous attempts made are as follows:

Address confirmation:

**#5 MAIL COPY** On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. [ ] Additional mailing was also sent on same date by Certified Mail.

**#6 DESCRIPTION** [X] A description of the recipient (person to whom the papers were given) is as follows:
(use with #1, 2 or 3) Sex: Female  Color of skin: White  Color of hair: Brown  Age: 19-29  Height: 5/2 - 5/4  Weight: 125-130  Other Features: _____

**#7 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** Deponent asked person spoken to whether the recipient is currently in the military service of the United States Government or of the State of New York and was informed that recipient is not.

**#9 OTHER**

Sworn to before me on __June 6, 2007__

KIM F. LETUS #4617160
Notary Public, State of New York
Qualified in Ulster County
Comm. Expires 3/30/11

Gabriel Fernandez, Jr.

Invoice•Work Order # 0705993

UNITED STATES PROCESS SERVICE, INC., 7 CENTRAL PARK AVENUE, YONKERS, NY 10705 (914/968-4757)